JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE LUIS DORADO,

    Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

) Case No. 2:25-cv-09546-FWS-BFM
)
) JUDGMENT OF REMAND
)
)
)
)
)
)

The court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment [15] ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: May 8, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-